**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JENNIFER LUZIETTI,                                )
                                                  )
          Plaintiff,                              )
                                                  )
v.                                                )          Civil No.  3:16-cv-00126
                                                  )          Judge Trauger
LOEWS HOTELS SERVICES COMPANY, LLC,               )
                                                  )
          Defendant.                              )

**O R D E R**

It is hereby **ORDERED** that this case is set for a 3-day jury trial on April 24, 2018 at

9:00 a.m.  It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial

conference and enter a pretrial order.  He shall assist the plaintiff with the preparation of

subpoenas, discuss exhibits, instructions and all other matters necessary for having the case

prepared to be tried on the date set.  The magistrate judge shall rule on all motions in limine and

resolve all disputes as to instructions and verdict form and file in the record of the case the final

draft of the instructions and verdict form.

The Magistrate Judge has been managing this case.  If he considers it appropriate to

appoint counsel to represent the plaintiff at trial, he should do so.

It is so **ORDERED**.

ENTER this 27th day of April 2017.

_____
ALETA A. TRAUGER
U.S. District Judge