IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER LUZIETTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-00126 |
| ) | Judge Trauger |
| LOEWS HOTELS SERVICES COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On August 30, 2017, the magistrate judge issued a Report and Recommendation (DE #45), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED upon the request of the plaintiff.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 25th day of October 2017.

_____
ALETA A. TRAUGER
U.S. District Judge